

# STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 18, 2024

<u>Via CM/ECF</u>
The Honorable John G. Koeltl
United States District Court
Southern District of New York

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/19/24

Re:   <u>Fernandez v. Irresistible Me, LLC</u>
      Case #: 1:24-cv-01193-JGK

Dear Judge Koeltl:

We represent the plaintiff in the above matter. We write with regard to the Order of April 8, 2024, directing Plaintiff to file a proposed order to show cause for a default judgment by April 22. We respectfully request an extension to file the proposed order to show cause until May 13, 2024.

The Plaintiff mailed the Clerk's Certificate of Default to Defendant's business address on April 4, 2024, and we believe it was delivered a few days later. We ask for additional time to establish contact with Defendant regarding this default before filing the proposed order to show cause.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.